**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **DIGITALDOORS, INC.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | Civil Action No. **2:24-CV-00786-JRG-RSP** |
| | § | |
| **VERITEX HOLDINGS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |

**DEFENDANT VERITEX HOLDINGS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant Veritex Holdings, Inc. ("Veritex" or "Defendant") hereby responds to DigitalDoors, Inc.'s ("DigitalDoors" or "Plaintiff") Original Complaint (the "Complaint") [Dkt. 1] and states as follows:

To the extent that the headings or other non-numbered statements in the Complaint contain any allegations, Defendant denies each and every allegation therein. Defendant denies all allegations in the Complaint that are not expressly admitted below. Defendant denies that Plaintiff is entitled to the relief requested in the Complaint or to any other relief.

Defendant responds to the specific allegations in the Complaint as follows:

**PARTIES**

1.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint, and on that basis denies them.

2.       Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint, and on that basis denies them.

11077386v1

3.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, and on that basis denies them.

4.     Defendant admits that it is organized and existing under the laws of the State of Texas. Defendant further admits that it may be served through its registered agent in the State of Texas at Capital Corporate Services, Inc., 1501 South Mopac Expy., Suite 220, Austin, Texas 78746. Defendant further admits that it is a "consumer and business financial institution" that "provides financial account and/or depository services (including but not limited to credit cards, debit cards, checking accounts, savings accounts, and personal business loans) to consumers throughout the State of Texas, including in the Eastern District of Texcas. Defendant admits that it has a business located at 8214 Westchester Drive, Suite 800, Dallas, Texas 75225. Defendant denies all other allegations contained in paragraph 4 of the Complaint.

5.     Defendant admits that it endeavors to provide robust state-of-the-art data security protection to customer financial information. As characterized by Plaintiff, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 5 of the Complaint, and on that basis denies them.

6.     Defendant admits that it acts responsibly with respect to cybersecurity. As characterized by Plaintiff, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of the Complaint, and on that basis denies them.

7.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint, and on that basis denies them.

11077386v1

8.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8 of the Complaint, and on that basis denies them.

## JURISDICTION AND VENUE

9.    Defendant admits that this Court has subject matter jurisdiction over patent infringement claims generally under 28 U.S.C. §§ 1331 and 1338(a).

10.    For purposes of this action only, Defendant does not contest that it is subject to personal jurisdiction in this Court. Defendant further admits that it has continuous business contacts with the State of Texas, and that Defendant conducts business throughout the State of Texas. Defendant further admits that it provides services in the State of Texas and in this judicial district, including providing a website, providing and supporting payment cards, checking accounts and secured and unsecured loans, and maintaining one or more physical facilities. Defendant further admits that it maintains data backup and disaster recovery systems.  Defendant denies that it maintains "Sheltered Harbor Certified systems." Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10 of the Complaint, and on that basis, denies them.

11.    Defendant denies the allegations contained in paragraph 11 of the Complaint.

12.    Defendant admits that it has a business presence in the State of Texas and within this District, Defendant denies the remaining allegations contained in paragraph 12 of the Complaint.

13.    Defendant admits the allegations contained in paragraph 13 of the Complaint.

3

14.     Defendant admits the allegations contained in paragraph 14 of the Complaint.

15.     Defendant admits the allegations contained in paragraph 15 of the Complaint.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in contained Paragraph 16 of the Complaint, and on that basis, denies them.

17.     Defendant expressly denies that venue is proper in this District pursuant to 28 U.S.C. § 1400(b). Plaintiff has failed to properly allege venue under 28 U.S.C. 1400(b) and 28 U.S.C. § 1391(c)(2) in its Complaint [Dkt. 1] as it failed to adequately plead that Defendant committed any acts of infringement in this District. Defendant therefore reserves all rights to challenge venue pursuant to 28 U.S.C. § 1406. Defendant admits that it maintains a regular business presence in this District and served customers located within this judicial District. Defendant denies all other allegations in Paragraph 17 of the Complaint, not expressly admitted.

## PATENTS-IN-SUIT

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint, and on that basis denies them.

19.     Defendant denies that "By operation of law, the DigitalDoors Patents were originally issued and exclusively vested to the named inventors, Ron M. Redlich and Martin A. Nemzow, as of their respective dates of issuance." Defendant is without knowledge or information sufficient to form a belief as to the truth of the remining allegations contained in Paragraph 19 of the Complaint, and on that basis denies them.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint, and on that basis denies them.

11077386v1

21.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint, and on that basis denies them.

22.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint, and on that basis denies them.

23.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint, and on that basis denies them.

24.    Defendant denies all allegations contained in paragraph 24 of the Complaint except that it admits claim 25 of the '301 Patent is not identical to claim 1 of the '169 Patent, claim 1 of the '073 Patent, or claim 16 of the '639 Patent. Defendant further admits that the specific language from claim 1 of the '169 Patent cited in paragraph 24 is not identical to claim 25 of the '301 Patent or claim 1 of the '073 Patent. Defendant further admits that the specific language from claim 1 of the '073 Patent cited in paragraph 24 is not identical to claim 25 of the '301 Patent, claim 1 of the '169 Patent, or claim 16 of the '639 Patent. Defendant further admits that the specific language from claim 16 of the '639 Patent cited in paragraph 24 is not identical to claim 25 of the '301 Patent, claim 1 of the '169 Patent, or claim 1 of the '073 Patent.

25.    The first sentence of Paragraph 25 contains a legal conclusion to which no response is required, but if it does it is denied. Defendant denies the remaining allegations contained in paragraph 25 of the Complaint.

26.    Defendant denies the allegations contained in paragraph 26 of the Complaint.

27.    The first sentence of Paragraph 27 contains a legal conclusion to which no response is required. Defendant denies the remaining allegations contained in paragraph 27 of the Complaint.

11077386v1

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint, and on that basis denies them.

29.     Defendant denies the allegations contained in paragraph 29 of the Complaint.

30.     Defendant denies the allegations contained in paragraph 30 of the Complaint.

31.     Defendant denies the allegations contained in paragraph 31 of the Complaint.

32.     The first sentence of Paragraph 32 contains a legal conclusion to which no response is required. Defendant denies the remaining allegations contained in paragraph 32 of the Complaint.

33.     Defendant denies the allegations contained in paragraph 33 of the Complaint.

34.     Defendant denies the allegations contained in paragraph 34 of the Complaint.

35.     Defendant admits that the language quoted in paragraph 35 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 35 of the Complaint.

36.     Defendant admits that the language quoted in paragraph 36 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 36 of the Complaint.

37.     Defendant admits that the language quoted in paragraph 37 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 37 of the Complaint.

38.    Defendant admits that the language quoted in paragraph 38 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 38 of the Complaint.

39.    Defendant denies the allegations contained in paragraph 39 of the Complaint.

40.    Defendant admits that the language quoted in paragraph 40 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 40 of the Complaint.

41.    Defendant denies the allegations contained in paragraph 41 of the Complaint.

42.    Defendant admits that the language quoted in paragraph 42 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 42 of the Complaint.

43.    Defendant admits that the language quoted in paragraph 43 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 43 of the Complaint.

44.    Defendant admits that the language quoted in paragraph 44 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 44 of the Complaint.

45.    Defendant admits that the language quoted in paragraph 45 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 45 of the Complaint.

11077386v1

46.    Defendant admits that the language quoted in paragraph 46 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 46 of the Complaint.

47.    Defendant admits that the language quoted in paragraph 47 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 47 of the Complaint.

48.    Defendant admits that the language quoted in paragraph 48 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 48 of the Complaint.

49.    Defendant admits that the language quoted in paragraph 49 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 49 of the Complaint.

50.    Defendant admits that the language quoted in paragraph 50 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 50 of the Complaint.

51.    Defendant admits that the language quoted in paragraph 51 of the Complaint appears to be a reproduction of the cited portion of the '301 Patent. Defendant denies the remaining allegations contained in paragraph 51 of the Complaint.

52.    Defendant denies the allegations contained in paragraph 52 of the Complaint.

53.    Defendant denies the allegations contained in paragraph 53 of the Complaint.

54.    Defendant denies the allegations contained in paragraph 54 of the Complaint.

55.     Defendant denies the allegations contained in paragraph 55 of the Complaint.

56.     Defendant denies the allegations contained in paragraph 56 of the Complaint.

57.     Defendant admits that the faces of the Patents-in-Suit indicate that their respective applications were examined by Ranodhi Serrao ('301 Patent); Farrukh Hussain ('301 Patent); David Lazaro ('169 Patent); S.M.A. Rahman ('073 Patent and '639 Patent). Defendant further admits that the faces of the Patents-in-Suit indicate that the following U.S. Classifications were searched in connection with the examination of one or more of the Patents-in-Suit: 706/59; 707/4; 707/206; 707/609; 707/777; 709/201; 709/203; 709/204; 709/206; 709/217; 709/223; 709/225; 709/226; 707/302; 713/166; 715/748; 726/13; 726/22; 726/23; 726/24; and 726/26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remining allegations contained in paragraph 57 of the Complaint, and on that basis denies them.

58.     Defendant denies the allegations contained in paragraph 58 of the Complaint.

59.     Defendant denies that the "DigitalDoors Patents are pioneering patents." Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 59 of the Complaint, and on that basis denies them.

60.     Defendant states that the final sentence of paragraph 60 contains a legal conclusion to which no response is required. Defendant denies the remaining allegations contained in paragraph 60 of the Complaint.

61.     Defendant denies the allegations contained in paragraph 61 of the Complaint.

11077386v1

## INFRINGING TECHNOLOGIES

62.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint, and on that basis denies them.

63.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint, and on that basis denies them.

64.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint, and on that basis denies them.

65.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint, and on that basis denies them.

66.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint, and on that basis denies them.

67.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint, and on that basis denies them.

68.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint, and on that basis denies them.

69.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint, and on that basis denies them.

70.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint, and on that basis denies them.

71.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint, and on that basis denies them.

11077386v1

72.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint, and on that basis denies them.

73.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint, and on that basis denies them.

74.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint, and on that basis denies them.

75.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint, and on that basis denies them.

76.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint, and on that basis denies them.

77.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint, and on that basis denies them.

78.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint, and on that basis denies them.

79.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint, and on that basis denies them.

80.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint, and on that basis denies them.

81.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint, and on that basis denies them.

11077386v1

82.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint, and on that basis denies them.

83.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint, and on that basis denies them.

84.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint, and on that basis denies them.

85.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint, and on that basis denies them.

86.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint, and on that basis denies them.

87.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint, and on that basis denies them.

88.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint, and on that basis denies them.

89.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint, and on that basis denies them.

90.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint, and on that basis denies them.

91.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint, and on that basis denies them.

92.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint, and on that basis denies them.

11077386v1

93.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint, and on that basis denies them.

94.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint, and on that basis denies them.

## THE ACCUSED INSTRUMENTALITIES

95.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint, and on that basis denies them.

## COUNT 1
### (Infringement of U.S. Patent No. 9,015,301)

96.     Defendant incorporates by reference its answers to the preceding paragraphs as if fully set forth herein.

97.     Defendant denies the allegations contained in paragraph 97 of the Complaint.

98.     Defendant denies the allegations contained in paragraph 98 of the Complaint.

99.     Defendant denies the allegations contained in paragraph 99 of the Complaint.

100.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100 of the Complaint and therefore denies them.

101.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101 of the Complaint and therefore denies them.

102.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102 of the Complaint and therefore denies them.

103.     Defendant denies the allegations contained in paragraph 103 of the Complaint.

104.     Defendant denies the allegations contained in paragraph 104 of the Complaint.

11077386v1

105.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 of the Complaint and therefore denies them.

106.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106 of the Complaint and therefore denies them.

107.    Defendant denies the allegations contained in paragraph 107 of the Complaint.

108.    Defendant denies the allegations contained in paragraph 108 of the Complaint.

109.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 of the Complaint and therefore denies them.

110.    Defendant admits that the quoted language in paragraph 110 of the Complaint appears to be a reproduction of a portion of the '301 Patent. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110 of the Complaint and therefore denies them.

111.    Defendant denies the allegations contained in paragraph 111 of the Complaint.

112.    Defendant denies the allegations contained in paragraph 112 of the Complaint.

113.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113 of the Complaint and therefore denies them.

114.    Defendant denies the allegations contained in paragraph 114 of the Complaint.

115.    Defendant denies the allegations contained in paragraph 115 of the Complaint.

116.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116 of the Complaint and therefore denies them.

117.    Defendant denies the allegations contained in paragraph 117 of the Complaint.

118.    Defendant denies the allegations contained in paragraph 118 of the Complaint.

119.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 119 of the Complaint and therefore denies them.

120.    Defendant denies the allegations contained in paragraph 120 of the Complaint.

121.    Defendant denies the allegations contained in paragraph 121 of the Complaint.

122.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122 of the Complaint and therefore denies them.

123.    Defendant denies the allegations contained in paragraph 123 of the Complaint.

124.    Defendant denies the allegations contained in paragraph 124 of the Complaint.

125.    Defendant denies the allegations contained in paragraph 125 of the Complaint.

126.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126 of the Complaint and therefore denies them.

## COUNT II
## Infringement of U.S. Patent No. 9,734,169

127.    Defendant incorporates by reference its answers to the proceeding paragraphs of the Complaint as if fully set forth herein.

128.    Defendant denies that it "generates substantial revenues" from the "Accused Instrumentalities." Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 128 of the Complaint and therefore denies them.

129.    Defendant denies the allegations contained in paragraph 129 of the Complaint.

130.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 130 of the Complaint and therefore denies them.

131.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 131 of the Complaint and therefore denies them.

132.    Defendant denies the allegations contained in paragraph 132 of the Complaint.

133.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 133 of the Complaint and therefore denies them.

134.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134 of the Complaint and therefore denies them.

135.    Defendant denies the allegations contained in paragraph 135 of the Complaint.

136.    Defendant denies the allegations contained in paragraph 136 of the Complaint.

137.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137 of the Complaint and therefore denies them.

138.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138 of the Complaint and therefore denies them.

139.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 139 of the Complaint and therefore denies them.

140.    Defendant denies the allegations contained in paragraph 140 of the Complaint.

141.    Defendant denies the remaining allegations contained in paragraph 141 of the Complaint.

142.    Defendant denies the allegations contained in paragraph 142 of the Complaint.

143.    Defendant denies the allegations contained in paragraph 143 of the Complaint.

144.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144 of the Complaint and therefore denies them.

11077386v1

145.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145 of the Complaint and therefore denies them.

146.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146 of the Complaint and therefore denies them.

147.    Defendant denies the allegations contained in paragraph 147 of the Complaint.

148.    Defendant denies the allegations contained in paragraph 148 of the Complaint.

149.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149 of the Complaint and therefore denies them.

150.    Defendant denies the allegations contained in paragraph 150 of the Complaint.

151.    Defendant denies the allegations contained in paragraph 151 of the Complaint.

152.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152 of the Complaint and therefore denies them.

153.    Defendant denies the allegations contained in paragraph 153 of the Complaint.

154.    Defendant denies the allegations contained in paragraph 154 of the Complaint.

155.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155 of the Complaint and therefore denies them.

156.    Defendant denies the allegations contained in paragraph 156 of the Complaint.

157.    Defendant denies the allegations contained in paragraph 157 of the Complaint

158.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158 of the Complaint and therefore denies them.

159.    Defendant denies the allegations contained in paragraph 159 of the Complaint.

160.    Defendant denies the allegations contained in paragraph 160 of the Complaint.

161.    Defendant denies the allegations contained in paragraph 161 of the Complaint.

162.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162 of the Complaint and therefore denies them.

## COUNT III
## Infringement of U.S. Patent No. 10,182,073

163.    Defendant repeats and realleges and incorporates by reference its answers to the proceeding paragraphs of the Complaint as if fully set forth herein.

164.    Defendant denies the allegations contained in paragraph 164 of the Complaint.

165.    Defendant denies the allegations contained in paragraph 165 of the Complaint.

166.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166 of the Complaint and therefore denies them.

167.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167 of the Complaint and therefore denies them.

168.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 168 of the Complaint and therefore denies them.

169.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169 of the Complaint and therefore denies them.

170.    Defendant denies the allegations contained in paragraph 170 of the Complaint.

171.    Defendant denies the allegations contained in paragraph 171 of the Complaint.

172.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172 of the Complaint and therefore denies them.

173.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173 of the Complaint and therefore denies them.

174.    Defendant denies the allegations contained in paragraph 174 of the Complaint.

175.    Defendant denies the allegations contained in paragraph 175 of the Complaint.

176.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 176 of the Complaint and therefore denies them.

177.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 177 of the Complaint and therefore denies them.

178.    Defendant denies the allegations contained in paragraph 178 of the Complaint.

179.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 179 of the Complaint and therefore denies them.

180.    Defendant denies the allegations contained in paragraph 180 of the Complaint.

181.    Defendant denies the allegations contained in paragraph 181 of the Complaint

182.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182 of the Complaint and therefore denies them.

183.    Defendant denies the allegations contained in paragraph 183 of the Complaint.

184.    Defendant denies the allegations contained in paragraph 184 of the Complaint.

185.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 185 of the Complaint and therefore denies them.

186.    Defendant denies the allegations contained in paragraph 186 of the Complaint.

187.    Defendant denies the allegations contained in paragraph 187 of the Complaint.

188.    Defendant denies the allegations contained in paragraph 188 of the Complaint.

189.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189 of the Complaint and therefore denies them.

11077386v1

**COUNT IV**
**Infringement of U.S. Patent No. 10,250,639**

190.    Defendant incorporates by reference its answers to the proceeding paragraphs of the Complaint as if fully set forth herein.

191.    Defendant denies the allegations contained in paragraph 191 of the Complaint.

192.    Defendant denies the allegations contained in paragraph 192 of the Complaint

193.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 193 of the Complaint and therefore denies them.

194.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 194 of the Complaint and therefore denies them.

195.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 195 of the Complaint and therefore denies them.

196.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 196 of the Complaint and therefore denies them.

197.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 197 of the Complaint and therefore denies them.

198.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 198 of the Complaint and therefore denies them.

199.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 199 of the Complaint and therefore denies them.

200.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 200 of the Complaint and therefore denies them.

201.    Defendant denies the allegations contained in paragraph 201 of the Complaint.

202.    Defendant denies the allegations contained in paragraph 202 of the Complaint.

203.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 203 of the Complaint and therefore denies them.

204.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 204 of the Complaint and therefore denies them.

205.    Defendant admits that the language quoted in paragraph 205 of the Complaint appears to be a reproduction of a portion of the '301 Patent. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 205 of the Complaint and therefore denies them.

206.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 206 of the Complaint and therefore denies them.

207.    Defendant denies the allegations contained in paragraph 207 of the Complaint.

208.    Defendant denies the allegations contained in paragraph 208 of the Complaint.

209.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 209 of the Complaint and therefore denies them.

210.    Defendant denies the allegations contained in paragraph 210 of the Complaint.

211.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 211 of the Complaint and therefore denies them.

212.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 212 of the Complaint and therefore denies them.

213.    Defendant denies the allegations contained in paragraph 213 of the Complaint.

214.    Defendant denies the allegations contained in paragraph 214 of the Complaint.

11077386v1

215.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 215 of the Complaint and therefore denies them.

216.    Defendant denies the allegations contained in paragraph 216 of the Complaint.

217.    Defendant denies the allegations contained in paragraph 217 of the Complaint.

218.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 218 of the Complaint and therefore denies them.

219.    Defendant admits that the language quoted in paragraph 219 of the Complaint appears to be a reproduction of a portion of the '301 Patent. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 219 of the Complaint and therefore denies them.

220.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 220 of the Complaint and therefore denies them.

221.    Defendant denies the allegations contained in paragraph 221 of the Complaint.

222.    Defendant denies the allegations contained in paragraph 222 of the Complaint.

223.    Defendant denies the allegations contained in paragraph 223 of the Complaint.

224.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 224 of the Complaint. Defendant denies the remaining allegations contained in paragraph 224 of the Complaint.

## COUNT V
## Knowledge and Willfulness

225.    Defendant incorporates by reference its answers to the proceeding paragraphs of the Complaint as if fully set forth herein

.

226.    Defendant denies the remaining allegations contained in paragraph 226 of the Complaint.

227.    Defendant denies the allegations contained in paragraph 227 of the Complaint.

## PRAYER FOR RELIEF

Defendant denies any factual allegations contained in the prayer for relief of the Complaint, and further denies that Plaintiff is entitled to any of the relief sought. Defendant has not infringed, directly or indirectly, any valid and enforceable claim of the patents-in-suit, and Plaintiff is not entitled to any remedy or recovery. Plaintiff's prayer for relief should be denied in its entirety and with prejudice, and the Court should award Defendant its relevant costs and attorneys' fees pursuant to 35 U.S.C. § 285 and/or other applicable laws.

## JURY DEMAND

Defendant admits that the Complaint contains a demand for a jury trial to which no response is required.

## AFFIRMATIVE DEFENSES

Upon information and belief, and subject to its responses above, Defendant asserts the following defenses in response to the allegations of the Complaint, without admitting or acknowledging that Defendant bears the burden of proof as to any of them or that any must be pleaded as defenses. Regardless of how such defenses are listed, Defendant undertakes the burden of proof only as to those defenses that are deemed affirmative defenses as a matter of law. Defendant expressly reserves the right to amend or raise additional defenses pursuant to any docket control order or as additional information becomes available through further investigation and discovery.

11077386v1

**FIRST DEFENSE**
**(Failure to State a Claim)**

1.    The Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**
**(Noninfringement)**

2.    Defendant has not infringed and does not infringe, directly, indirectly, literally, or under the doctrine of equivalents, any claim of the Patents-in-Suit.

**THIRD DEFENSE**
**(Invalidity or Ineligibility)**

3.    The claims of the Patents-in-Suit are invalid, ineligible, unenforceable, or void for failure to satisfy one or more of the requirements of patentability set forth in Title 35 of the United States Code, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 251.

**FOURTH DEFENSE**
**(Prosecution History Estoppel / Disclaimer)**

4. By reason of statements, representations, admissions, concessions, arguments, omissions, and/or amendments made by and/or on behalf of the applicants during the prosecution of the patent applications that led to the issuance of the Patents-in-Suit, DigitalDoors' claims of patent infringement are barred, in whole or in part, by the doctrine of prosecution history estoppel and/or disclaimer.

**FIFTH DEFENSE**
**(Equitable Defenses)**

5.    Plaintiff's' claims are barred, in whole or in part, under principles of equity, including but not limited to the doctrines of waiver, implied waiver, estoppel, equitable estoppel, acquiescence, and/or unclean hands.

11077386v1

### SIXTH DEFENSE
### (Lack of Standing)

6.    To the extent that Plaintiff is not or was not the sole and total owner of all substantial rights in any of the Patents-in-Suit as of the filing date of the Complaint, Plaintiff lacks standing to bring one or more claims in this lawsuit.

### SEVENTH DEFENSE
### (Statutory Limitation on Damages)

7.    Plaintiff's claim for damages and/or costs is statutorily limited by 35 U.S.C. §§ 286, 287, and/or 288. Without limitation, any claim for damages by Plaintiff is limited by 35 U.S.C. § 287 to only those damages occurring after proper and sufficient notice of alleged infringement of the Patents-in-Suit to Defendant, which here did not occur until after Defendant was served with a copy of the Complaint in this lawsuit. Any claim for pre-lawsuit damages is barred, in whole or in part, for failure to comply with the marking and notice requirements of 35 U.S.C. § 287.

### EIGHTH DEFENSE
### (Express License, Implied License, Patent Exhaustion, and Single Recovery Rule

8.    To the extent the evidence so warrants, Plaintiff's claims are barred, in whole or in part, by express license agreements and/or under the doctrines of implied license, patent exhaustion, or single recovery rule. For example, and without limitation, Plaintiff's claims for damages for alleged infringement would be limited or entirely foreclosed to the extent that allegedly infringing components and/or products are supplied, directly or indirectly, to Defendant by an entity or entities having a license to the Patents-in-Suit.

11077386v1

## NINTH DEFENSE
### (No Willful Infringement)

9.      Plaintiff is not entitled to enhanced or increased damages for willful infringement because Defendant has not engaged in any conduct that meets the applicable standard for willful infringement.

## TENTH DEFENSE
### (No Exceptional Case)

10.     Plaintiff cannot prove that this is an exceptional case justifying an award of attorneys' fees against Defendant pursuant to 35 U.S.C. § 285.

## ELEVENTH DEFENSE
### (Patent Ownership)

11.     Plaintiff has failed to adequately plead ownership of the Patents-in-Suit in the Complaint.

## TWELFTH DEFENSE
### (Ensnarement)

12.     Plaintiff cannot assert its claims under the doctrine of equivalents because any such asserted claim scope would encompass or ensnare the prior art.

## THIRTEENTH DEFENSE
### (Reservation of Remaining Rights)

13.     Defendant reserves all defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, which may now exist or in the future become available based on discovery.

## FOURTEENTH DEFENSE
### (Lack of Venue)

14.     Plaintiff has failed to adequately plead venue in this District is proper under 28 U.S.C. § 1400(b) and 28 U.S.C. § 1391(b)(2) in its Complaint (ECF No. 1) as it failed to adequately

11077386v1

plead that Defendant committed any acts of infringement in this District. Moreover, Defendant further states that none of the Accused Instrumentalities, including the systems and methods alleged to be infringing in Plaintiff's Complaint, are located or occur in this District. Defendant therefore reserves all rights to challenge venue pursuant to 28 U.S.C § 1406.

### FIFTEENTH DEFENSE
### (Patent Ownership)

15.      To the extent that Plaintiff seeks injunctive relief for the alleged infringement, Plaintiff is not entitled to injunctive relief, in part because any alleged injury is not immediate or irreparable and Plaintiff has an adequate remedy at law.

Respectfully submitted,

By:      */s/ Bruce C. Morris*
Bruce C. Morris
**KANE RUSSELL COLEMAN LOGAN PC**
Texas Bar No. 14469850
bmorris@krcl.com
5151 San Felipe Street, 8th Floor
Houston, Texas 77056
Telephone: (713) 425-7450
Fax: (713) 425-7700

**ATTORNEYS FOR DEFENDANT
VERITEX HOLDINGS. INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via CM/ECF electronic service to all counsel of record on December 2, 2024.

*/s/ Bruce C. Morris*
Bruce C. Morris

11077386v1